1 | Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
2 | Kristin P. Kyle de Bautista (SBN 221750)
E-mail: kkyledebautista@bwslaw.com
3 | BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
4 | Los Angeles, CA  90071-2953
Telephone:  213.236.0600
5 | Facsimile:  213.236.2700

6 | Attorneys for Defendant and Counterclaimant
Hartford Life and Accident Insurance Company
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NATALIE HENDRICKS, | Case No. CV 11-01041 LHK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; (PROPOSED) ORDER** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; WESTAFF (USA), INC. GROUP INSURANCE PLAN, | |
| Defendants. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| NATALIE HENDRICKS, | |
| Counterdefendant. | |

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-4387-0734 v1 — - 1 - — CASE NO. CV 11-1041 LHK
STIPULATION FOR DISMISSAL OF ACTION
WITH PREJUDICE

1   IT IS HEREBY STIPULATED by and between Plaintiff Nathalie Hendricks
2   and Defendant Hartford Life and Accident Insurance Company that this action be
3   dismissed with prejudice, in its entirety, with each party to bear their own attorneys'
4   fees and costs.

6   DATED: December 22, 2011           By: *s/ Scott E. Shaffman*
7                                           SCOTT E. SHAFFMAN
                                            Attorneys for Plaintiff and
8                                           Counterdefendant Nathalie Hendricks
                                            *[As authorized on December 9, 2011]*

10  DATED: December 22, 2011           BURKE, WILLIAMS & SORENSEN, LLP
                                       DANIEL W. MAGUIRE
11                                     KRISTIN P. KYLE DE BAUTISTA

13                                     By: *s/ Daniel W. Maguire*
14                                          DANIEL W. MAGUIRE
                                            Attorneys for Defendant and
15                                          Counterclaimant Hartford Life and
                                            Accident Insurance Company

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-4387-0734 v1         - 2 -         CASE NO. CV 11-1041 LHK
                                            STIPULATION FOR DISMISSAL OF ACTION
                                            WITH PREJUDICE

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NATALIE HENDRICKS, | Case No. CV 11-01041 LHK |
| Plaintiff, | **(PROPOSED) ORDER TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; WESTAFF (USA), INC. GROUP INSURANCE PLAN, | |
| Defendants. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| NATALIE HENDRICKS, | |
| Counterdefendant. | |

///

LA #4813-6829-7486 v1 — - 1 - — CASE NO. CV 11-1041 LHK
(PROPOSED) ORDER TO DISMISS ACTION WITH PREJUDICE

1     Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this
2 matter shall be dismissed with prejudice against Defendant. Each party is to bear
3 their own costs and attorney's fees.

4
5 DATED: January 3, 2012     *Lucy H. Koh*
    HON. LUCY H. KOH
6     UNITED STATES DISTRICT JUDGE