| | |
|---|---|
| 1 | Daniel W. Maguire (SBN 120002) |
| | E-mail: dmaguire@bwslaw.com |
| 2 | Kristin P. Kyle de Bautista (SBN 221750) |
| | E-mail: kkyledebautista@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 4 | Los Angeles, CA  90071-2953 |
| | Telephone:  213.236.0600 |
| 5 | Facsimile:  213.236.2700 |
| 6 | Attorneys for Defendant and Counterclaimant |
| 7 | Hartford Life and Accident Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | NATALIE HENDRICKS, | Case No. CV 11-01041 LHK |
| 12 | Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE;** |
| 13 | v. | **(PROPOSED) ORDER** |
| 14 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; WESTAFF (USA), INC. GROUP INSURANCE PLAN, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| 19 | | |
| 20 | Counterclaimant, | |
| 21 | v. | |
| 22 | NATALIE HENDRICKS, | |
| 23 | Counterdefendant. | |

26  / / /

27  / / /

28  / / /

1  IT IS HEREBY STIPULATED by and between Plaintiff Nathalie Hendricks
2  and Defendant Hartford Life and Accident Insurance Company that this action be
3  dismissed with prejudice, in its entirety, with each party to bear their own attorneys'
4  fees and costs.

6  DATED: December 22, 2011         By: *s/ Scott E. Shaffman*
7                                       SCOTT E. SHAFFMAN
                                         Attorneys for Plaintiff and
8                                        Counterdefendant Nathalie Hendricks
                                         *[As authorized on December 9, 2011]*

10 DATED: December 22, 2011         BURKE, WILLIAMS & SORENSEN, LLP
                                    DANIEL W. MAGUIRE
11                                  KRISTIN P. KYLE DE BAUTISTA

13                                  By: *s/ Daniel W. Maguire*
14                                      DANIEL W. MAGUIRE
                                        Attorneys for Defendant and
15                                      Counterclaimant Hartford Life and
                                        Accident Insurance Company

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-4387-0734 v1         - 2 -         CASE NO. CV 11-1041 LHK
                                            STIPULATION FOR DISMISSAL OF ACTION
                                            WITH PREJUDICE

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NATALIE HENDRICKS,<br><br>         Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; WESTAFF (USA), INC. GROUP INSURANCE PLAN,<br><br>         Defendants. | Case No. CV 11-01041 LHK<br><br>**(PROPOSED) ORDER TO DISMISS ACTION WITH PREJUDICE** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>         Counterclaimant,<br><br>v.<br><br>NATALIE HENDRICKS,<br><br>         Counterdefendant. | |

/ / /

1 | Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this
2 | matter shall be dismissed with prejudice against Defendant. Each party is to bear
3 | their own costs and attorney's fees.
4 |
5 | DATED: January 3, 2012     *Lucy H. Koh*
6 | HON. LUCY H. KOH
    UNITED STATES DISTRICT JUDGE